# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE CRESPO-LORENZO,

    Defendant.

Case No. 21-CR-26-JPS

**ORDER**

    Before the Court is Defendant Jose Crespo-Lorenzo's ("Defendant") motion for a sentence reduction under the Zero-Point Offender Amendment. ECF No. 53. For the reasons discussed herein, the Court will deny Defendant's motion for a sentence reduction.

    In April 2023, the United States Sentencing Commission ("the Commission") proposed to Congress an amendment to the United States Sentencing Guidelines (the "Guidelines"), known as "Amendment 821" or the "2023 Criminal History Amendment." *Materials Relating to the 2023 Criminal History Amendment*, U.S. SENT'G COMM'N, https://www.ussc.gov/policymaking/materials-relating-2023-criminal-history-amendment [https://perma.cc/T954-GQFK] (last visited Nov. 18, 2025). In relevant part, Amendment 821 allows for a two-level decrease in a defendant's offense level if the defendant has no criminal history points and their offense of conviction did not involve any of the nine specified aggravating factors (the "Zero-Point Offender Amendment"). U.S.S.G. § 4C1.1(a). In August 2023, the Commission voted to give retroactive effect to this portion of Amendment 821. *Retroactivity Amendment ("Reader-*

*Friendly" version)*, U.S. SENT'G COMM'N (Aug. 31, 2023), *available at* https://www.ussc.gov/sites/default/files/pdf/amendment-process/reader-friendly-amendments/202308_RF-retro.pdf [https://perma.cc/P2B4-8FUA] (last visited Nov. 18, 2025). Amendment 821 took effect on November 1, 2023. *Id.*

Defendant's representation that he "qualifies" for a "zero status point reduction" is incorrect and belied by Defendant's presentence investigation report. ECF No. 40. Defendant, in fact, has a prior criminal conviction and a "criminal history score of one." *Id.* at 12. He is not, therefore, a "zero-point offender" as he represents, and he is not eligible for the relief he seeks.

For the reasons stated herein, the Court is constrained to deny Defendant's motion for a sentence reduction under Amendment 821.

Accordingly,

**IT IS ORDERED** that Defendant Jose Crespo-Lorenzo's motion to reduce his sentence, ECF No. 53, be and the same is hereby **DENIED**.

Dated at Milwaukee, Wisconsin, this 18th day of November, 2025.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge